Exhibit 3

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Microsoft Corporation

                               Plaintiff,

v.                                         Case No.:
                                         1:24–cv–03255
                                         Honorable Sunil R.
                                         Harjani

The Partnerships And Unincorporated Associations
Identified On Schedule A,

                               Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 15, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff has filed a Memorandum [19] establishing joinder as directed. At this preliminary stage and in the absence of adversarial presentation, the Court finds that joinder of 217 Defendants is proper at this time and this case may now proceed. Moreover, no defendants will be prejudiced by permitting joinder at this juncture. See Bose Corp. v. Partnerships & Unincorporated Associations Identified on Schedule "A", 334 F.R.D. 511, 517 (N.D. Ill. 2020). To the extent any defendant appears and objects to joinder, the Court will revisit the issue and is free to sever certain defendants from the case under Rule 21 at that time. Id. Plaintiff's motion for leave to file certain documents under seal [3], ex parte motion for a temporary restraining order, including a temporary injunction, a temporary asset restraint, and expedited discovery [12], and motion for electronic service of process [16] are granted. Plaintiff#039;s submissions establish that, were defendants to learn of these proceedings before the execution of plaintiff's requested preliminary injunctive relief, there is a significant risk that defendants could destroy relevant documentary evidence and hide or transfer assets beyond the reach of the Court. Accordingly, subject to unsealing at an appropriate time, plaintiff may file under seal the documents identified in the motion to seal. The Temporary Restraining Order being entered along with this minute order shall also be placed under seal. In addition, for the purpose of the motions cited above, plaintiff's filings support proceeding on an ex parte basis at this time. Specifically, and as noted above, were defendants to be informed of this proceeding before a TRO could issue, the Court finds that it is likely that their assets and websites would be redirected, thus defeating plaintiff's interests in identifying defendants, stopping defendants' infringing conduct, and obtaining an accounting. In addition, the evidence submitted by plaintiff shows a likelihood of success on the merits (including evidence of active infringement and sales into Illinois), that the harm to plaintiff is irreparable, and that an injunction is in the public interest. An injunction serves the public interest because of the consumer confusion caused by counterfeit goods, and there is no countervailing harm to defendants from an order directing them to stop infringement. Electronic service of process does not violate any treaty and is consistent with due process because it effectively communicates the

pendency of this action to defendants. Expedited discovery is warranted to identify defendants and to implement the asset freeze. Enter Sealed Temporary Restraining Order at 4:30 p.m. on 5/15/2024. Plaintiff shall file the TRO extension motion (or a preliminary injunction motion) if appropriate no later than 5/22/2024. Telephone status hearing is set for 5/29/2024 at 9:15 a.m. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call–in number is (855) 244–8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

AO279,CUMMINGS,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.3.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:19-cv-07762

| | |
|---|---|
| Too Faced Cosmetics, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" | Date Filed: 11/25/2019 |
| | Date Terminated: 02/12/2020 |
| Assigned to: Honorable Joan H. Lefkow | Jury Demand: None |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Too Faced Cosmetics, LLC**  represented by  **Amy Crout Ziegler**
Greer, Burns & Crain, Ltd.
300 S. Wacker Dr.
Suite 2500
Chicago, IL 60606
312-987-2922
Email: aziegler@gbc.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abby Marie Neu**
Greer, Burns & Crain
300 S Wacker
Suite 2500
Chicago, IL 60606
(312) 360-0080
Email: aneu@gbc.law
*ATTORNEY TO BE NOTICED*

**Allyson M. Martin**
Greer, Burns & Crain Ltd.
300 S. Wacker Drive
Suite 2500
Chicago, IL 60606
(312) 360-0080
Email: amartin@gbc.law
*ATTORNEY TO BE NOTICED*

**Justin R. Gaudio**
Greer Burns & Crain Ltd
300 South Wacker Drive
Suite 2500
Chicago, IL 60606
312 360-0080
Email: jgaudio@gbc.law
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Partnerships and Unincorporated
Associations Identified on Schedule "A"**

**Defendant**

**KTKT Store**

**Defendant**

**Loumesi Official Store**

**Defendant**

**lovemoon makeup Store**

**Defendant**

**RomanticBird Febble Store**

**Defendant**

**TEYAO Store**

**Defendant**

**YaJieNa Store**

**Defendant**

**BeautySnake Store**

**Defendant**

**CharmGirls Store**

**Defendant**

**Gesang ABUC Store**

**Defendant**

**Let You Beautiful Store**

**Defendant**

**Shop5001354 Store**

**Defendant**

**Shop5003455 Store**

**Defendant**

**Shop5029021 Store**

**Defendant**

**Shop5115077 Store**

**Defendant**

**Shop5123071 Store**

**Defendant**

**Shop5249107 Store**

**Defendant**

**Shop5366224 Store**

**Defendant**

**Women's Cosmetic Store**

**Defendant**

**Worldwide Dropship Store**

**Defendant**

**ZYM Cosmetic Store**

**Defendant**

**bettershopbetterlife**

**Defendant**

**don_9340**

**Defendant**

**duan7274**

**Defendant**

**duannahua_9**

**Defendant**

**feimi-80**

**Defendant**

**gdej3115**

**Defendant**

**gu088317395173fs_0**

**Defendant**

**inspire7362**

**Defendant**

**keytimetoshow41**

**Defendant**

**listen18-69**

**Defendant**

**lsx56**

**Defendant**

**lzl8218**

**Defendant**

**moonandstar_inthesky**

**Defendant**

**quit5521**

**Defendant**

**rxh56**

**Defendant**

**slx56**

**Defendant**

**ssh56**

**Defendant**

**su-554**

**Defendant**

**tyghf5219**

**Defendant**

**yitao64**

**Defendant**

**youjin89**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/25/2019 | 1 | COMPLAINT filed by Too Faced Cosmetics, LLC; Filing fee $ 400, receipt number 0752-16473503. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Schedule A)(Gaudio, Justin) (Entered: 11/25/2019) |
| 11/25/2019 | 2 | CIVIL Cover Sheet (Gaudio, Justin) (Entered: 11/25/2019) |
| 11/25/2019 | 3 | ATTORNEY Appearance for Plaintiff Too Faced Cosmetics, LLC by Justin R. Gaudio (Gaudio, Justin) (Entered: 11/25/2019) |
| 11/25/2019 | 4 | ATTORNEY Appearance for Plaintiff Too Faced Cosmetics, LLC by Amy Crout Ziegler (Ziegler, Amy) (Entered: 11/25/2019) |
| 11/25/2019 | 5 | ATTORNEY Appearance for Plaintiff Too Faced Cosmetics, LLC by Allyson M. Martin (Martin, Allyson) (Entered: 11/25/2019) |
| 11/25/2019 | 6 | MOTION by Plaintiff Too Faced Cosmetics, LLC for leave to file *under seal* (Gaudio, Justin) (Entered: 11/25/2019) |
| 11/25/2019 | 7 | EXHIBIT by Plaintiff Too Faced Cosmetics, LLC *Schedule A* regarding complaint 1 (Gaudio, Justin) Modified on 1/15/2020 (las, ). (Entered: 11/25/2019) |
| 11/25/2019 |  | CASE ASSIGNED to the Honorable Joan H. Lefkow. Designated as Magistrate Judge the Honorable Jeffrey I. Cummings. Case assignment: Random assignment. (kl, ) (Entered: 11/25/2019) |
| 11/26/2019 | 8 | E-MAILED trademark report to Patent Trademark Office, Alexandria VA (Attachments: # 1 exhibit)(las, ) (Entered: 11/26/2019) |
| 11/26/2019 | 9 | E-MAILED to plaintiff(s) counsel Lanham Mediation Program materials (las, ) (Entered: |

| | | 11/26/2019 |
|---|---|---|
| 11/26/2019 | [10](#) | AMENDED complaint by Plaintiff Too Faced Cosmetics, LLC *Amended Complaint* (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Schedule A)(Gaudio, Justin) Modified on 1/15/2020 (las, ). (Entered: 11/26/2019) |
| 11/26/2019 | [11](#) | MOTION by Plaintiff Too Faced Cosmetics, LLC for temporary restraining order *including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery* (Gaudio, Justin) (Entered: 11/26/2019) |
| 11/26/2019 | [12](#) | MEMORANDUM by Too Faced Cosmetics, LLC in support of motion for temporary restraining order [11](#) (Gaudio, Justin) (Entered: 11/26/2019) |
| 11/26/2019 | [13](#) | DECLARATION of Justin R. Gaudio regarding memorandum in support of motion [12](#) (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4)(Gaudio, Justin) (Entered: 11/26/2019) |
| 11/26/2019 | [14](#) | DECLARATION of Jessica Heiss regarding memorandum in support of motion [12](#) (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2)(Gaudio, Justin) (Entered: 11/26/2019) |
| 11/26/2019 | [15](#) | EXHIBIT by Plaintiff Too Faced Cosmetics, LLC *Exhibit 3 - Parts 1-2* regarding declaration [14](#) (Attachments: # [1](#) Exhibit 3-1, # [2](#) Exhibit 3-2)(Gaudio, Justin) Modified on 1/15/2020 (las, ). (Entered: 11/26/2019) |
| 11/26/2019 | [16](#) | MOTION by Plaintiff Too Faced Cosmetics, LLC for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (Gaudio, Justin) (Entered: 11/26/2019) |
| 11/26/2019 | [17](#) | MEMORANDUM by Too Faced Cosmetics, LLC in support of motion for miscellaneous relief [16](#) (Gaudio, Justin) (Entered: 11/26/2019) |
| 11/26/2019 | [18](#) | DECLARATION of Justin R. Gaudio regarding memorandum in support of motion [17](#) (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2)(Gaudio, Justin) (Entered: 11/26/2019) |
| 11/26/2019 | [19](#) | NOTICE of Motion by Justin R. Gaudio for presentment of motion for temporary restraining order [11](#) , motion for miscellaneous relief [16](#) , motion for leave to file [6](#) before Honorable Joan H. Lefkow on 12/11/2019 at 09:30 AM. (Gaudio, Justin) (Entered: 11/26/2019) |
| 11/26/2019 | [20](#) | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Too Faced Cosmetics, LLC (Gaudio, Justin) (Entered: 11/26/2019) |
| 11/26/2019 | [21](#) | Notice of Claims Involving Trademarks by Too Faced Cosmetics, LLC (Gaudio, Justin) (Entered: 11/26/2019) |
| 12/03/2019 | [22](#) | MINUTE entry before the Honorable Joan H. Lefkow: Motion for leave to file under seal [6](#) is granted. Plaintiff's ex parte motion for entry of a temporary restraining order [11](#) and motion for electronic service [16](#) are set for hearing on 12/11/2019. Plaintiff's counsel should be prepared to show cause why the case should not be dismissed for misjoinder of defendants under Fed. R. Civ. P. 21. Mailed notice (ags, ) (Entered: 12/03/2019) |
| 12/03/2019 | [23](#) | MINUTE entry before the Honorable Joan H. Lefkow: By request of plaintiff, the motion hearings [11](#) , [16](#) set for 12/11/2019 are stricken and reset to 12/17/2019 at 11:00 a.m. Mailed notice (ags, ) (Entered: 12/03/2019) |
| 12/12/2019 | [24](#) | MOTION by Plaintiff Too Faced Cosmetics, LLC for leave to file *Instanter a Second Amended Complaint under seal* (Gaudio, Justin) (Entered: 12/12/2019) |
| 12/12/2019 | [25](#) | SECOND amended complaint by Plaintiff Too Faced Cosmetics, LLC *Second Amended Complaint* (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Schedule A) (Gaudio, Justin) Modified on 1/15/2020 (las, ). (Entered: 12/12/2019) |

| 12/12/2019 | [26](#) | NOTICE of Motion by Justin R. Gaudio for presentment of motion for leave to file [24](#) before Honorable Joan H. Lefkow on 12/17/2019 at 11:00 AM. (Gaudio, Justin) (Entered: 12/12/2019) |
|---|---|---|
| 12/12/2019 | [27](#) | SEALED DOCUMENT by Plaintiff Too Faced Cosmetics, LLC *Establishing that Joinder is Proper* (Gaudio, Justin) (Entered: 12/12/2019) |
| 12/12/2019 | [28](#) | SEALED DOCUMENT by Plaintiff Too Faced Cosmetics, LLC *Declaration of Justin R. Gaudio regarding Memorandum* [27](#) (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Exhibit 14, # [15](#) Exhibit 15)(Gaudio, Justin) (Entered: 12/12/2019) |
| 12/17/2019 | [29](#) | MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held. Motion for temporary restraining order [11](#) is granted. Enter Order. Motion for leave to file amended complaint under seal [24](#) granted. Motion for electronic service [16](#) is granted. Status hearing is set for 1/28/2020 at 11:00 a.m. Mailed notice (ags, ) (Entered: 12/17/2019) |
| 12/17/2019 | [30](#) | SEALED TEMPORARY RESTRAINING ORDER signed by the Honorable Joan H. Lefkow on 12/17/2019. (ags, ) (Entered: 12/17/2019) |
| 12/18/2019 | | SUMMONS Issued as to Defendant OPERATORS OF KTKT STORE and all other Defendants identified in the Second Amended Complaint. (ec, ) (Entered: 12/18/2019) |
| 12/18/2019 | [31](#) | MOTION by Plaintiff Too Faced Cosmetics, LLC for extension of time *of Temporary Restraining Order* (Gaudio, Justin) (Entered: 12/18/2019) |
| 12/18/2019 | [32](#) | MEMORANDUM by Too Faced Cosmetics, LLC in support of extension of time [31](#) (Attachments: # [1](#) Declaration of Justin R. Gaudio)(Gaudio, Justin) (Entered: 12/18/2019) |
| 12/18/2019 | [33](#) | NOTICE of Motion by Justin R. Gaudio for presentment of extension of time [31](#) before Honorable Charles R. Norgle Sr. on 12/20/2019 at 10:30 AM. (Gaudio, Justin) (Entered: 12/18/2019) |
| 12/19/2019 | [34](#) | MINUTE entry before the Honorable Charles R. Norgle: Motion to extend temporary restraining order [31](#) is granted. Parties need not appear. Mailed notice (ewf, ) (Entered: 12/19/2019) |
| 12/19/2019 | [35](#) | EXTENSION of Temporary Restraining Order Signed by the Honorable Charles R. Norgle, Sr on 12/19/2019. Mailed notice(las, ) (Entered: 12/19/2019) |
| 12/26/2019 | | BOND in the amount of $10,000.00 check, Receipt No. 4624235503, posted by Too Faced Cosmetics, LLC (axc, ) (Entered: 12/26/2019) |
| 01/10/2020 | [36](#) | MOTION by Plaintiff Too Faced Cosmetics, LLC for preliminary injunction (Gaudio, Justin) (Entered: 01/10/2020) |
| 01/10/2020 | [37](#) | MEMORANDUM by Too Faced Cosmetics, LLC in support of motion for preliminary injunction [36](#) (Attachments: # [1](#) Declaration of Justin R. Gaudio, # [2](#) Exhibit 1)(Gaudio, Justin) (Entered: 01/10/2020) |
| 01/10/2020 | [38](#) | NOTICE of Motion by Justin R. Gaudio for presentment of motion for preliminary injunction [36](#) before Honorable Joan H. Lefkow on 1/15/2020 at 09:30 AM. (Gaudio, Justin) (Entered: 01/10/2020) |
| 01/10/2020 | [39](#) | ATTORNEY Appearance for Plaintiff Too Faced Cosmetics, LLC by Abby Marie Neu (Neu, Abby) (Entered: 01/10/2020) |
| 01/10/2020 | [40](#) | SUMMONS Returned Executed by Too Faced Cosmetics, LLC as to The Partnerships and Unincorporated Associations Identified on Schedule "A" on 1/10/2020, answer due |

| | | |
|---|---|---|
| | | 1/31/2020. (Attachments: # 1 Declaration of Abby Neu)(Neu, Abby) (Entered: 01/10/2020) |
| 01/14/2020 | 41 | MINUTE entry before the Honorable Joan H. Lefkow: Motion for preliminary injunction 36 is granted. The Clerk's office is directed to unseal: Plaintiff's Amended Complaint 10 and Exhibits 1 and 2 thereto [10-1] and [10-2], Plaintiff's Second Amended Complaint 25 and Exhibits 1, 2, and 3 thereto [25-1], [25-2], and [25-3], Schedule A to the Complaint 7 , the Amended Complaint [10-3], and the Second Amended Complaint [25-4], Exhibit 3 to the Declaration of Jessica Heiss 15 , and the TRO 30 . Motion hearing set for 1/15/2020 is stricken. Enter preliminary injunction order. Mailed notice (ags, ) (Entered: 01/14/2020) |
| 01/14/2020 | 42 | PRELIMINARY INJUNCTION ORDER signed by the Honorable Joan H. Lefkow on 1/14/2020. Mailed notice (ags) (Entered: 01/14/2020) |
| 01/24/2020 | 43 | MINUTE entry before the Honorable Joan H. Lefkow: At the Court's instance, the status hearing set for 1/28/2020 is stricken and reset to 2/26/2020 at 11:00 a.m. Mailed notice (ags) (Entered: 01/24/2020) |
| 02/07/2020 | 44 | MOTION by Plaintiff Too Faced Cosmetics, LLC for entry of default *as to all defendants*, MOTION by Plaintiff Too Faced Cosmetics, LLC for default judgment as to *all defendants* (Gaudio, Justin) (Entered: 02/07/2020) |
| 02/07/2020 | 45 | MEMORANDUM by Too Faced Cosmetics, LLC in support of motion for entry of default, motion for default judgment 44 (Attachments: # 1 Declaration of Justin R. Gaudio, # 2 Exhibit 1)(Gaudio, Justin) (Entered: 02/07/2020) |
| 02/07/2020 | 46 | NOTICE of Motion by Justin R. Gaudio for presentment of motion for entry of default, motion for default judgment 44 before Honorable Joan H. Lefkow on 2/12/2020 at 09:30 AM. (Gaudio, Justin) (Entered: 02/07/2020) |
| 02/12/2020 | 47 | MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held. Motion for default judgment 44 is granted. Enter final judgment. Civil case terminated. Mailed notice (ags) (Entered: 02/12/2020) |
| 02/12/2020 | 48 | FINAL JUDGMENT ORDER signed by the Honorable Joan H. Lefkow on 2/12/2020. Mailed notice (ags) (Entered: 02/12/2020) |
| 02/14/2020 | 49 | E-MAILED trademark report to Patent Trademark Office, Alexandria VA (Attachments: # 1 order)(las, ) (Entered: 02/14/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/24/2020 12:00:03 | | | |
| **PACER Login:** | gb0314:2552763:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cv-07762 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

AO279,HARJANI,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.3.2 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:19-cv-07446

Gold's Gym Licensing LLC v. The Partnerships and
Unincorporated Associations Identified on Schedule "A"
Assigned to: Honorable Joan H. Lefkow
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 11/11/2019
Date Terminated: 01/15/2020
Jury Demand: None
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Gold's Gym Licensing LLC**　　　　　　represented by　**Amy Crout Ziegler**
　　　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　　　300 S. Wacker Dr.
　　　　　　　　　　　　　　　　　　　　　　Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　312-987-2922
　　　　　　　　　　　　　　　　　　　　　　Email: aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　**Justin R. Gaudio**
　　　　　　　　　　　　　　　　　　　　　　Greer Burns & Crain Ltd
　　　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　312 360-0080
　　　　　　　　　　　　　　　　　　　　　　Email: jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　**Allyson M. Martin**
　　　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain Ltd.
　　　　　　　　　　　　　　　　　　　　　　300 S. Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　(312) 360-0080
　　　　　　　　　　　　　　　　　　　　　　Email: amartin@gbc.law
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　**Isaku Begert**
　　　　　　　　　　　　　　　　　　　　　　Greer, Burns And Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　　　300 S Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　(312) 987-2915
　　　　　　　　　　　　　　　　　　　　　　Email: ibegert@gbc.law
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　**RiKaleigh C. Johnson**
　　　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain

300 South Wacker Drive
Suite 2500
Chicago, IL 60606
(312)360-0080
Email: rjohnson@gbc.law
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

**The Partnerships and Unincorporated
Associations Identified on Schedule "A"**

<u>**Defendant**</u>

**OPERATORS OF DROPSHIPPING
FAST SHIP STORE, et al**

<u>**Defendant**</u>

**dropshipping fast ship Store**

<u>**Defendant**</u>

**fanfangxin Store**

<u>**Defendant**</u>

**healthier Store**

<u>**Defendant**</u>

**KAOSS Store**

<u>**Defendant**</u>

**KT discount Store**

<u>**Defendant**</u>

**MEUGLEMENT.NO888 Store**

<u>**Defendant**</u>

**MKASS Lovers Clothes Store**

<u>**Defendant**</u>

**Motion of thermal mass Store**

<u>**Defendant**</u>

**Shanghai Dunyi Network Technology
Co., Ltd.**

<u>**Defendant**</u>

**Shop3566022 Store**

<u>**Defendant**</u>

**Shop5372251 Store**

<u>**Defendant**</u>

Warm Hoodie Store

**Defendant**

zhzh Store

**Defendant**

zuoxiangru militarysport store

**Defendant**

2018fashionmen store

**Defendant**

a to z store

**Defendant**

Awesome Gym Store

**Defendant**

bdlj888 store

**Defendant**

China - X Store

**Defendant**

DoSports Store

**Defendant**

Fun Outdoor Store

**Defendant**

Gym Fitness person Store

**Defendant**

man heaven store

**Defendant**

mapleking store

**Defendant**

my stylish store

**Defendant**

No Limits Fitness Store

**Defendant**

Outdoor Road Explore Store

**Defendant**

Romantic Li Store

**Defendant**

Shop2128230 Store

**Defendant**

Shop3083071 Store

**Defendant**

Shop3243044 Store

**Defendant**

Shop4033013 Store

**Defendant**

Shop4516033 Store

**Defendant**

Shop5085105 Store

**Defendant**

Shop5146048 Store

**Defendant**

Shop5217038 Store

**Defendant**

Shop5262089 Store

**Defendant**

Shop5269006 Store

**Defendant**

Shop5337006 Store

**Defendant**

Shop5364087 Store

**Defendant**

Shop5369208 Store

**Defendant**

Shop5371132 Store

**Defendant**

Shop5371151 Store

**Defendant**

Shop5372161 Store

**Defendant**

Shop5375102 Store

**Defendant**

Shop5376137 Store

**Defendant**

shop5377083 store

**Defendant**

Shop5383067 Store

**Defendant**

STAY HIGH Store

**Defendant**

Sunshiny Sister Store

**Defendant**

the gym fighting beast store

**Defendant**

TIAN DOU - 2 Store

**Defendant**

Travel 2019 Store

**Defendant**

Trend Gym Store

**Defendant**

USDH WATCHES Store

**Defendant**

wanyonghong2 store

**Defendant**

We Are famlily Store

**Defendant**

YK Outdoor Store

**Defendant**

Yuntobo Store

**Defendant**

ywsnhmy official store

**Defendant**

Alivegear

**Defendant**

Soft - T

**Defendant**

WendyShop

**Defendant**

**24hbabyonline - dress**

**Defendant**

**Ben's outdoor**

**Defendant**

**cairuying**

**Defendant**

**FllStore**

**Defendant**

**JzChen**

**Defendant**

**Metrosexual man Clothing Co.**

**Defendant**

**sign**

**Defendant**

**smithereens**

**Defendant**

**Sport_Guy**

**Defendant**

**Sports Center**

**Defendant**

**wang Fashion jewelry**

**Defendant**

**Yeboutique**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/11/2019 | 1 | COMPLAINT filed by Gold's Gym Licensing LLC; Filing fee $ 400, receipt number 0752-16426799. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Schedule A)(Gaudio, Justin) (Entered: 11/11/2019) |
| 11/11/2019 | 2 | CIVIL Cover Sheet (Gaudio, Justin) (Entered: 11/11/2019) |
| 11/11/2019 | 3 | ATTORNEY Appearance for Plaintiff Gold's Gym Licensing LLC by Justin R. Gaudio (Gaudio, Justin) (Entered: 11/11/2019) |
| 11/11/2019 | 4 | ATTORNEY Appearance for Plaintiff Gold's Gym Licensing LLC by Amy Crout Ziegler (Ziegler, Amy) (Entered: 11/11/2019) |
| 11/11/2019 | 5 | ATTORNEY Appearance for Plaintiff Gold's Gym Licensing LLC by Allyson M. Martin |

| | | |
|---|---|---|
| | | (Martin, Allyson) (Entered: 11/11/2019) |
| 11/11/2019 | 6 | MOTION by Plaintiff Gold's Gym Licensing LLC for leave to file *under seal* (Gaudio, Justin) (Entered: 11/11/2019) |
| 11/12/2019 | 7 | MAILED Trademark report to Patent Trademark Office, Alexandria VA (pj, ) (Entered: 11/12/2019) |
| 11/12/2019 | | CASE ASSIGNED to the Honorable Joan H. Lefkow. Designated as Magistrate Judge the Honorable Sunil R. Harjani. Case assignment: Random assignment. (Lam, Tina) (Entered: 11/12/2019) |
| 11/12/2019 | 8 | MAILED to plaintiff(s) counsel Lanham Mediation Program materials (pj, ) (Entered: 11/12/2019) |
| 11/15/2019 | 9 | EXHIBIT by Plaintiff Gold's Gym Licensing LLC *Schedule A* regarding complaint 1 (Gaudio, Justin) Modified on 12/23/2019 (pj, ). (Entered: 11/15/2019) |
| 11/15/2019 | 10 | AMENDED COMPLAINT by Plaintiff Gold's Gym Licensing LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Schedule A)(Gaudio, Justin) Modified on 12/23/2019 (pj, ). (Entered: 11/15/2019) |
| 11/15/2019 | 11 | MOTION by Plaintiff Gold's Gym Licensing LLC for temporary restraining order *Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery* (Gaudio, Justin) (Entered: 11/15/2019) |
| 11/15/2019 | 12 | MEMORANDUM by Gold's Gym Licensing LLC in support of motion for temporary restraining order 11 (Gaudio, Justin) (Entered: 11/15/2019) |
| 11/15/2019 | 13 | DECLARATION of Justin R. Gaudio regarding memorandum in support of motion 12 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Gaudio, Justin) (Entered: 11/15/2019) |
| 11/15/2019 | 14 | DECLARATION of Jamie Wolfe regarding memorandum in support of motion 12 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Gaudio, Justin) (Entered: 11/15/2019) |
| 11/15/2019 | 15 | EXHIBIT by Plaintiff Gold's Gym Licensing LLC *Exhibit 4 - Parts 1-5* regarding declaration 14 (Attachments: # 1 Exhibit 4-1, # 2 Exhibit 4-2, # 3 Exhibit 4-3, # 4 Exhibit 4-4, # 5 Exhibit 4-5)(Gaudio, Justin) Modified on 12/23/2019 (pj, ). (Entered: 11/15/2019) |
| 11/15/2019 | 16 | MEMORANDUM by Gold's Gym Licensing LLC in support of motion for electronic service of process 17 (Gaudio, Justin) (Docket Text Modified by Clerk's Office on 11/18/2019) (pj, ). (Entered: 11/15/2019) |
| 11/15/2019 | 17 | MOTION by Plaintiff Gold's Gym Licensing LLC for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (Gaudio, Justin) (Entered: 11/15/2019) |
| 11/15/2019 | 18 | MEMORANDUM by Gold's Gym Licensing LLC in support of motion for miscellaneous relief 17 (Gaudio, Justin) (Duplicate filing of entry no. 16 ) (pj, ). (Entered: 11/15/2019) |
| 11/15/2019 | 19 | DECLARATION regarding memorandum in support of motion 18 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gaudio, Justin) (Entered: 11/15/2019) |
| 11/15/2019 | 20 | NOTICE of Motion by Justin R. Gaudio for presentment of motion for temporary restraining order 11 , motion for leave to file 6 , motion for miscellaneous relief 17 before Honorable Joan H. Lefkow on 11/20/2019 at 09:30 AM. (Gaudio, Justin) (Entered: 11/15/2019) |
| 11/15/2019 | 21 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Gold's Gym Licensing LLC (Gaudio, Justin) (Entered: 11/15/2019) |

| 11/15/2019 | [22](#) | Notice of Claims Involving Trademarks by Gold's Gym Licensing LLC (Gaudio, Justin) (Entered: 11/15/2019) |
|---|---|---|
| 11/20/2019 | [23](#) | MINUTE entry before the Honorable Joan H. Lefkow: Motion for leave to file under seal [6](#) is granted. Motion for electronic service of process [17](#) is granted. Mailed notice (ags, ) (Entered: 11/20/2019) |
| 11/20/2019 | [24](#) | ATTORNEY Appearance for Plaintiff Gold's Gym Licensing LLC by RiKaleigh C. Johnson (Johnson, RiKaleigh) (Entered: 11/20/2019) |
| 11/20/2019 | [25](#) | MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held. Motion for temporary restraining order [11](#) is granted. Status hearing is set for 12/3/2019 at 11:00 a.m. Mailed notice (ags, ) (Entered: 11/20/2019) |
| 11/20/2019 | [26](#) | SEALED TEMPORARY RESTRAINING ORDER signed by the Honorable Joan H. Lefkow on 11/20/2019. (ags, ) (Entered: 11/20/2019) |
| 11/20/2019 | | SUMMONS Issued as to Defendant The Partnerships and Unincorporated Associations Identified on Schedule "A" (txl, ) (Entered: 11/20/2019) |
| 11/26/2019 | [27](#) | MOTION by Plaintiff Gold's Gym Licensing LLC for extension of time *of Temporary Restraining Order* (Gaudio, Justin) (Entered: 11/26/2019) |
| 11/26/2019 | [28](#) | MEMORANDUM by Gold's Gym Licensing LLC in support of extension of time [27](#) (Attachments: # [1](#) Declaration of Justin R. Gaudio)(Gaudio, Justin) (Entered: 11/26/2019) |
| 11/26/2019 | [29](#) | NOTICE of Motion by Justin R. Gaudio for presentment of extension of time [27](#) before Honorable Joan H. Lefkow on 12/3/2019 at 11:00 AM. (Gaudio, Justin) (Entered: 11/26/2019) |
| 11/26/2019 | | BOND in the amount of $ 10,000.00 posted by Greer, Burns & Crain, Ltd. for Gold's Gym Licensing LLC. Receipt No. 4624234013. (ec, ) (Entered: 11/26/2019) |
| 12/03/2019 | [30](#) | MINUTE entry before the Honorable Joan H. Lefkow: Status hearing and motion hearing held. Motion for extension of temporary restraining order [27](#) is granted and extended to 12/17/2019. Enter Order. Status hearing is set for 12/17/2019 at 11:00 a.m. Mailed notice (ags, ) (Entered: 12/03/2019) |
| 12/03/2019 | [31](#) | ORDER extending temporary restraining order signed by the Honorable Joan H. Lefkow on 12/3/2019. Mailed notice (ags, ) (Entered: 12/03/2019) |
| 12/03/2019 | [32](#) | TRANSCRIPT OF PROCEEDINGS held on December 3, 2019 before the Honorable Joan H. Lefkow. Order Number: 36997. Court Reporter Contact Information: Kelly M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 12/24/2019. Redacted Transcript Deadline set for 1/3/2020. Release of Transcript Restriction set for 3/2/2020. (Fitzgerald, Kelly) (Entered: 12/03/2019) |
| 12/12/2019 | [33](#) | MOTION by Plaintiff Gold's Gym Licensing LLC for leave to file *Instanter a Second Amended Complaint* (Gaudio, Justin) (Entered: 12/12/2019) |

| 12/12/2019 | [34](#) | *SECOND* AMENDED complaint by Gold's Gym Licensing LLC against OPERATORS OF DROPSHIPPING FAST SHIP STORE, et al (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Schedule A)(Gaudio, Justin) (Entered: 12/12/2019) |
|---|---|---|
| 12/12/2019 | [35](#) | MOTION by Plaintiff Gold's Gym Licensing LLC for preliminary injunction (Gaudio, Justin) (Entered: 12/12/2019) |
| 12/12/2019 | [36](#) | MEMORANDUM by Gold's Gym Licensing LLC in support of motion for preliminary injunction [35](#) (Attachments: # [1](#) Declaration of Justin R. Gaudio, # [2](#) Exhibit 1)(Gaudio, Justin) (Entered: 12/12/2019) |
| 12/12/2019 | [37](#) | NOTICE of Motion by Justin R. Gaudio for presentment of motion for preliminary injunction [35](#) , motion for leave to file [33](#) before Honorable Joan H. Lefkow on 12/17/2019 at 11:00 AM. (Gaudio, Justin) (Entered: 12/12/2019) |
| 12/12/2019 | [38](#) | MEMORANDUM by Gold's Gym Licensing LLC *Establishing Joinder is Proper* (Gaudio, Justin) (Entered: 12/12/2019) |
| 12/12/2019 | [39](#) | DECLARATION of Justin R. Gaudio regarding memorandum [38](#) (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Exhibit 14)(Gaudio, Justin) (Entered: 12/12/2019) |
| 12/13/2019 | | SUMMONS Issued as to Defendant OPERATORS OF DROPSHIPPING FAST SHIP STORE and all other Defendants identified in the Second Amended Complaint(yt) (Entered: 12/13/2019) |
| 12/13/2019 | [40](#) | ATTORNEY Appearance for Plaintiff Gold's Gym Licensing LLC by Isaku Begert (Begert, Isaku) (Entered: 12/13/2019) |
| 12/13/2019 | [41](#) | SUMMONS Returned Executed by Gold's Gym Licensing LLC as to The Partnerships and Unincorporated Associations Identified on Schedule "A" on 12/13/2019, answer due 1/3/2020. (Attachments: # [1](#) Declaration of Isaku Begert)(Begert, Isaku) (Entered: 12/13/2019) |
| 12/17/2019 | [42](#) | MINUTE entry before the Honorable Joan H. Lefkow: Status hearing and motion hearing held. Motion for leave to file second amended complaint [33](#) is granted. Motion for preliminary injunction [35](#) is granted. Enter order. The Clerk's office is directed to unseal documents [9](#) , [10](#) , [15](#) , [26](#) . Status hearing is set for 1/28/2020 at 11:00 a.m. Mailed notice (ags, ) (Entered: 12/17/2019) |
| 12/18/2019 | [43](#) | PRELIMINARY INJUNCTION ORDER signed by the Honorable Joan H. Lefkow on 12/18/2019. Mailed notice (ags, ) (Entered: 12/18/2019) |
| 01/10/2020 | [44](#) | NOTICE of Voluntary Dismissal by Gold's Gym Licensing LLC *as to certain defendants* (Martin, Allyson) (Entered: 01/10/2020) |
| 01/10/2020 | [45](#) | MOTION by Plaintiff Gold's Gym Licensing LLC for entry of default *as to all Defendants*, MOTION by Plaintiff Gold's Gym Licensing LLC for default judgment as to *all Defendants* (Gaudio, Justin) (Entered: 01/10/2020) |
| 01/10/2020 | [46](#) | MEMORANDUM by Gold's Gym Licensing LLC in support of motion for entry of default, motion for default judgment [45](#) (Attachments: # [1](#) Declaration of Justin R. Gaudio, # [2](#) Exhibit 1)(Gaudio, Justin) (Entered: 01/10/2020) |
| 01/10/2020 | [47](#) | NOTICE of Motion by Justin R. Gaudio for presentment of motion for entry of default, motion for default judgment [45](#) before Honorable Joan H. Lefkow on 1/15/2020 at 09:30 AM. (Gaudio, Justin) (Entered: 01/10/2020) |
| 01/15/2020 | [48](#) | MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held. Motion for |

| | | entry of default judgment [45](#) is granted with modifications as stated on the record. Enter Order. Civil case terminated. Mailed notice (yt) (Entered: 01/15/2020) |
|---|---|---|
| 01/15/2020 | 49 | FINAL JUDGMENT ORDER signed by the Honorable Joan H. Lefkow on 1/15/2020.Mailed notice(yt) (Entered: 01/15/2020) |
| 01/17/2020 | 50 | FULL SATISFACTION of Judgment regarding order 49 in the amount of $250,000 *as to certain defendant* (Martin, Allyson) (Entered: 01/17/2020) |
| 01/24/2020 | 51 | NOTICE of Voluntary Dismissal by Gold's Gym Licensing LLC *as to certain defendants* (Martin, Allyson) (Entered: 01/24/2020) |

<table>
<tr><td colspan="4" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4" align="center">02/24/2020 12:01:54</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>gb0314:2552763:0</td><td><strong>Client Code:</strong></td><td></td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>1:19-cv-07446</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>7</td><td><strong>Cost:</strong></td><td>0.70</td></tr>
</table>

AO279,FINNEGAN,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.3.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:16-cv-06807

| | |
|---|---|
| Otter Products, LLC et al v. The Partnerships and Unincorporated Associations Identified on Schedule "A" | Date Filed: 06/29/2016 |
| | Date Terminated: 08/31/2016 |
| Assigned to: Honorable Milton I. Shadur | Jury Demand: None |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Otter Products, LLC** | represented by | **Kevin W. Guynn** |
| | | Greer, Burns & Crain, Ltd. |
| | | 300 S. Wacker Drive, Suite 2500 |
| | | Chicago, IL 60606 |
| | | (312) 360-0080 |
| | | Email: kguynn@gbc.law |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Amy Crout Ziegler** |
| | | Greer, Burns & Crain, Ltd. |
| | | 300 S. Wacker Dr. |
| | | Suite 2500 |
| | | Chicago, IL 60606 |
| | | 312-987-2922 |
| | | Email: aziegler@gbc.law |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jessica Lea Bloodgood** |
| | | Greer Burns & Crain Ltd |
| | | 300 South Wacker Drive |
| | | Suite 2500 |
| | | Chicago, IL 60606 |
| | | 312-987-2922 |
| | | Email: jbloodgood@gbc.law |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Justin R. Gaudio** |
| | | Greer Burns & Crain Ltd |
| | | 300 South Wacker Drive |
| | | Suite 2500 |
| | | Chicago, IL 60606 |
| | | 312 360-0080 |
| | | Email: jgaudio@gbc.law |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Mary Fetsco** |
| | | Greer, Burns & Crain, Ltd. |
| | | 300 South Wacker Drive |

Ste. 2500
Chicago, IL 60606
3123600080
Email: mfetsco@gbc.law
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Treefrog Developments, Inc.**                    represented by    **Kevin W. Guynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Crout Ziegler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lea Bloodgood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin R. Gaudio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Fetsco**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Partnerships and Unincorporated
Associations Identified on Schedule "A"**
*TERMINATED: 08/11/2016*

**Defendant**

**James Chen**
*TERMINATED: 08/11/2016*

**Defendant**

**James**
*TERMINATED: 08/11/2016*

**Defendant**

**Xing Hui Zhi**
*TERMINATED: 08/11/2016*

**Defendant**

**Jie Ke**
*TERMINATED: 08/11/2016*

**Defendant**

**Banedikt Pahll**
*TERMINATED: 08/11/2016*

<u>Defendant</u>

**Shan Li**
*TERMINATED: 08/11/2016*

<u>Defendant</u>

**eletreecoop.com**
*TERMINATED: 08/11/2016*

<u>Defendant</u>

**5.34314**
*TERMINATED: 08/11/2016*

<u>Defendant</u>

**0380981**
*TERMINATED: 08/11/2016*

<u>Defendant</u>

**100TOO**
*TERMINATED: 08/09/2016*

<u>Defendant</u>

**2014HXX_011**
*TERMINATED: 08/11/2016*

<u>Defendant</u>

**5HK6697**
*TERMINATED: 08/11/2016*

<u>Defendant</u>

**ACTMODZ**
*TERMINATED: 08/09/2016*

<u>Defendant</u>

**ALL_RIGHT2009**
*TERMINATED: 08/09/2016*

<u>Defendant</u>

**Alons_Juanp**
*TERMINATED: 08/11/2016*

<u>Defendant</u>

**Amntay88**
*TERMINATED: 08/11/2016*

<u>Defendant</u>

**Beautyeeshop**
*TERMINATED: 08/11/2016*

<u>Defendant</u>

**Bessky**
*TERMINATED: 08/17/2016*

### Defendant

**Bestchoiceforyou2014**
*TERMINATED: 08/09/2016*

### Defendant

**Bestfastinternatioal**
*TERMINATED: 08/11/2016*

### Defendant

**Brightever**
*TERMINATED: 08/09/2016*

### Defendant

**Case-01**
*TERMINATED: 08/09/2016*

### Defendant

**Case-Mall**
*TERMINATED: 08/09/2016*

### Defendant

**Chinamarket12**
*TERMINATED: 08/09/2016*

### Defendant

**Cocotech2015**
*TERMINATED: 08/11/2016*

### Defendant

**Coooollstore**
*TERMINATED: 08/11/2016*

### Defendant

**Customercomefirst**
*TERMINATED: 08/09/2016*

### Defendant

**Cxrising**
*TERMINATED: 08/09/2016*

### Defendant

**Dgydm2015**
*TERMINATED: 08/11/2016*

### Defendant

**Dongguan Tangxia Hongzhan Electronic Factory**
*TERMINATED: 08/09/2016*

**Defendant**

**Dot115**
*TERMINATED: 08/11/2016*

**Defendant**

**Duduone**
*TERMINATED: 08/09/2016*

**Defendant**

**Echo-Accessories**
*TERMINATED: 08/11/2016*

**Defendant**

**Eglad2013**
*TERMINATED: 08/09/2016*

**Defendant**

**Ete-Mall**
*TERMINATED: 08/09/2016*

**Defendant**

**Flynnlee2014**
*TERMINATED: 08/11/2016*

**Defendant**

**Fy15783-9**
*TERMINATED: 08/11/2016*

**Defendant**

**Gemstone-beads**
*TERMINATED: 08/09/2016*

**Defendant**

**Guangzhou Big Bear Electric Technology Co., Ltd.**
*TERMINATED: 08/09/2016*

**Defendant**

**Guangzhou Bohes Electronics Sales Department**
*TERMINATED: 08/11/2016*

**Defendant**

**Guangzhou City Beyond Plastic Products Co., Ltd.**
*TERMINATED: 08/11/2016*

**Defendant**

**Guangzhou Guoju Electronic Co., Ltd.**
*TERMINATED: 08/09/2016*

**Defendant**

**Guangzhou hongwang Plastic Products Factory**
*TERMINATED: 08/09/2016*

<u>**Defendant**</u>

**Guangzhou Hongxing Plastic Factory**
*TERMINATED: 08/09/2016*

<u>**Defendant**</u>

**Guangzhou Huaqing Leather Co., Ltd.**
*TERMINATED: 08/11/2016*

<u>**Defendant**</u>

**Guangzhou Qeeca Trading Co., Ltd.**
*TERMINATED: 08/11/2016*

<u>**Defendant**</u>

**Guangzhou Sky Roc Digital Technology Ltd.**
*TERMINATED: 08/11/2016*

<u>**Defendant**</u>

**Guangzhou Tengmei Leather Co., Ltd.**
*TERMINATED: 08/11/2016*

<u>**Defendant**</u>

**Heilpro**
*TERMINATED: 08/11/2016*

<u>**Defendant**</u>

**Hero-Ring**
*TERMINATED: 08/09/2016*

<u>**Defendant**</u>

**HKCome1188**
*TERMINATED: 08/09/2016*

<u>**Defendant**</u>

**Hobbymate.rc**
*TERMINATED: 08/11/2016*

<u>**Defendant**</u>

**Hot.Mart**
*TERMINATED: 08/09/2016*

<u>**Defendant**</u>

**Hotshoes2016**
*TERMINATED: 08/09/2016*

<u>**Defendant**</u>

**Iam_KevinChen**
*TERMINATED: 08/09/2016*

**Defendant**

**Icablelink_Hk**
*TERMINATED: 08/11/2016*

**Defendant**

**Jacky-WU85**
*TERMINATED: 08/11/2016*

**Defendant**

**Jenny-Mall**
*TERMINATED: 08/09/2016*

**Defendant**

**Lovemyorder**
*TERMINATED: 08/09/2016*

**Defendant**

**Milocos**
*TERMINATED: 08/09/2016*

**Defendant**

**My_1234567**

**Defendant**

**Newtop Technology Co., Ltd.**
*TERMINATED: 08/09/2016*

**Defendant**

**Nicolashop2012**
*TERMINATED: 08/09/2016*

**Defendant**

**Onfine2009**
*TERMINATED: 08/17/2016*

**Defendant**

**Outletcase**
*TERMINATED: 08/11/2016*

**Defendant**

**Overlow**
*TERMINATED: 08/11/2016*

**Defendant**

**Phoneacc888**
*TERMINATED: 08/09/2016*

**Defendant**

**Powerstarforever**

**Defendant**

**Qingsl2**
*TERMINATED: 08/09/2016*

**Defendant**

**Sanheshun**
*TERMINATED: 08/09/2016*

**Defendant**

**Shaozizai**
*TERMINATED: 08/11/2016*

**Defendant**

**Shensan12**
*TERMINATED: 08/09/2016*

**Defendant**

**Shenzhen Baoyuanli Leather Products Co., Ltd.**
*TERMINATED: 08/11/2016*

**Defendant**

**Shenzhen Chy Technology Co., Ltd.**
*TERMINATED: 08/11/2016*

**Defendant**

**Shenzhen Detin Digital Co., Ltd**
*TERMINATED: 08/11/2016*

**Defendant**

**Shenzhen DL Technical Co., Ltd.**
*TERMINATED: 08/09/2016*

**Defendant**

**Shenzhen HGD Industry Co., Ltd.**
*TERMINATED: 08/11/2016*

**Defendant**

**Shenzhen Icase Technology Co., Ltd.**
*TERMINATED: 08/11/2016*

**Defendant**

**Shenzhen Lonrida Technology Co., Ltd.**
*TERMINATED: 08/11/2016*

**Defendant**

**Shenzhen Meles Gift Manufacture Co., Limited**
*TERMINATED: 08/11/2016*

**Defendant**

**Shenzhen MX Group Products Co., Ltd.**
*TERMINATED: 08/11/2016*

**Defendant**

**Shenzhen Tenchen Technology Co., Ltd.**
*TERMINATED: 08/11/2016*

**Defendant**

**Shenzhen Tianlu Technology Co., Ltd.**
*TERMINATED: 08/11/2016*

**Defendant**

**Shenzhen Widobo Technology Co., Ltd.**
*TERMINATED: 08/11/2016*

**Defendant**

**Shenzhen Yi Hongchang Electronic Co., Ltd.**
*TERMINATED: 08/09/2016*

**Defendant**

**Simple_Beautiful_**
*TERMINATED: 08/11/2016*

**Defendant**

**Skysonic-Group**
*TERMINATED: 08/11/2016*

**Defendant**

**Soonwecan**
*TERMINATED: 08/11/2016*

**Defendant**

**Sunshinsunshin3**
*TERMINATED: 08/11/2016*

**Defendant**

**Super_6.I**
*TERMINATED: 08/09/2016*

**Defendant**

**Szzge**
*TERMINATED: 08/11/2016*

**Defendant**

**Tengyu072012**
*TERMINATED: 08/09/2016*

**Defendant**

**Tiffany999G**
*TERMINATED: 08/09/2016*

**Defendant**

**Toptreak**

**Defendant**

**Topwin20131128**
*TERMINATED: 08/09/2016*

**Defendant**

**Useseller**
*TERMINATED: 08/11/2016*

**Defendant**

**V Case**
*TERMINATED: 08/09/2016*

**Defendant**

**Wholesale1983fujian**
*TERMINATED: 08/11/2016*

**Defendant**

**Wjx135**
*TERMINATED: 08/11/2016*

**Defendant**

**Wuyanhui2012**
*TERMINATED: 08/11/2016*

**Defendant**

**Xiaoyilover**
*TERMINATED: 08/11/2016*

**Defendant**

**Xyl20014**
*TERMINATED: 08/11/2016*

**Defendant**

**Yqtcompany**
*TERMINATED: 08/09/2016*

**Defendant**

**Youmesky**
*TERMINATED: 08/11/2016*

**Defendant**

**Yoyoco2012**
*TERMINATED: 08/11/2016*

**Defendant**

**Yutoys**
*TERMINATED: 08/09/2016*

**Defendant**

**Zhengnanshop2014**
*TERMINATED: 08/11/2016*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2016 | 1 | COMPLAINT filed by Otter Products, LLC, Treefrog Developments, Inc.; Filing fee $ 400, receipt number 0752-12098980. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Schedule A)(Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | 2 | CIVIL Cover Sheet (Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | 3 | ATTORNEY Appearance for Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. by Justin R. Gaudio (Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | 4 | ATTORNEY Appearance for Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. by Jessica Lea Bloodgood (Bloodgood, Jessica) (Entered: 06/29/2016) |
| 06/29/2016 | 5 | ATTORNEY Appearance for Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. by Amy Crout Ziegler (Ziegler, Amy) (Entered: 06/29/2016) |
| 06/29/2016 | 6 | ATTORNEY Appearance for Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. by Kevin W. Guynn (Guynn, Kevin) (Entered: 06/29/2016) |
| 06/29/2016 | | CASE ASSIGNED to the Honorable Milton I. Shadur. Designated as Magistrate Judge the Honorable Sheila Finnegan. (daj, ) (Entered: 06/29/2016) |
| 06/29/2016 | 7 | MOTION by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. to seal document (Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | 8 | SEALED EXHIBIT by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. *Schedule A* regarding complaint 1 (Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | 9 | SEALED DOCUMENT by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. *Amended Complaint* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Schedule A)(Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | 10 | MOTION by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. for temporary restraining order *including a Temporary Injunction, a Temporary Transfer of the Defendant Domain Names, a Temporary Asset Restraint, and Expedited Discovery* (Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | 11 | MEMORANDUM by Otter Products, LLC, Treefrog Developments, Inc. in support of motion to seal document 7 , motion for temporary restraining order, 10 (Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | 12 | DECLARATION of Justin R. Gaudio regarding memorandum in support of motion 11 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | 13 | DECLARATION of Kevin S. McPherson regarding memorandum in support of motion 11 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | 14 | SEALED EXHIBIT by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. *Exhibit 6 - Parts 1-5* regarding declaration 13 (Attachments: # 1 Exhibit 6-1, # 2 Exhibit 6-2, # 3 Exhibit 6-3, # 4 Exhibit 6-4, # 5 Exhibit 6-5)(Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | 15 | SEALED EXHIBIT by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. *Exhibit 7* regarding declaration 13 (Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | 16 | MOTION by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc.for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (Gaudio, Justin) (Entered: |

| | | 06/29/2016 |
|---|---|---|
| 06/29/2016 | [17](#) | MEMORANDUM by Otter Products, LLC, Treefrog Developments, Inc. in support of motion for miscellaneous relief [16](#) (Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | [18](#) | DECLARATION of Justin R. Gaudio regarding memorandum in support of motion [17](#) (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4)(Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | [19](#) | NOTICE of Motion by Justin R. Gaudio for presentment of motion to seal document [7](#) , motion for temporary restraining order, [10](#) , motion for miscellaneous relief [16](#) before Honorable Milton I. Shadur on 7/5/2016 at 09:15 AM. (Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | [20](#) | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Otter Products, LLC, Treefrog Developments, Inc. (Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | [21](#) | Notice of Claims Involving Trademarks by Otter Products, LLC, Treefrog Developments, Inc. (Gaudio, Justin) (Entered: 06/29/2016) |
| 06/29/2016 | [22](#) | MAILED trademark report to Patent Trademark Office, Alexandria VA. (Attachments: # [1](#) Trademark Registration)(kp, ) (Entered: 06/30/2016) |
| 06/30/2016 | [23](#) | MAILED to plaintiffs counsel Lanham Mediation Program materials. (kp, ) (Entered: 06/30/2016) |
| 07/05/2016 | [24](#) | ATTORNEY Appearance for Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. by Mary Fetsco (Fetsco, Mary) (Entered: 07/05/2016) |
| 07/05/2016 | [25](#) | TRANSCRIPT OF PROCEEDINGS held on 07/05/2016 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5815. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 7/26/2016. Redacted Transcript Deadline set for 8/5/2016. Release of Transcript Restriction set for 10/3/2016. (Scarpelli, Rosemary) (Entered: 07/05/2016) |
| 07/05/2016 | [26](#) | MINUTE entry before the Honorable Milton I. Shadur:Motion hearing held. Plaintiff's motion to seal document [7](#) , motion for TRO [10](#) and motion for electronic service [16](#) are entered and continued to 7/12/2016 at 08:45 AM.Mailed notice (clw, ) (Entered: 07/05/2016) |
| 07/08/2016 | [27](#) | MOTION by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. to seal document (Gaudio, Justin) (Entered: 07/08/2016) |
| 07/08/2016 | [28](#) | SEALED DOCUMENT by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. *Memorandum Establishing that Joinder is Proper* (Gaudio, Justin) (Entered: 07/08/2016) |
| 07/08/2016 | [29](#) | SEALED DOCUMENT by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. *Declaration of Justin R. Gaudio regarding Memorandum [28](#)* (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8A, # [9](#) Exhibit 8B, # [10](#) Exhibit 8C, # [11](#) Exhibit 8D, # [12](#) Exhibit 9)(Gaudio, Justin) (Entered: 07/08/2016) |

| 07/08/2016 | [30](#) | NOTICE of Motion by Justin R. Gaudio for presentment of motion to seal document [27](#) before Honorable Milton I. Shadur on 7/12/2016 at 08:45 AM. (Gaudio, Justin) (Entered: 07/08/2016) |
|------------|---------|---|
| 07/08/2016 | [31](#) | NOTICE by Otter Products, LLC, Treefrog Developments, Inc. re sealed document [28](#) (Gaudio, Justin) (Entered: 07/08/2016) |
| 07/12/2016 | [32](#) | MINUTE entry before the Honorable Milton I. Shadur:Motion hearing held. Plaintiffs' motions for leave to file under seal [7](#) [27](#) are granted. Plaintiffs' ex parte motion for entry of a temporary restraining order Including a temporary injunction, a temporary transfer of the defendant domain names, a temporary asset restraint, and expedited discovery [10](#) is granted. Plaintiffs' motion for electronic service of process [16](#) is granted. Bond is set at $10,000.00 either cash or surety bond. Status hearing set for 7/25/2016 at 08:45 AM. Enter Sealed Temporary Restraining Order.Mailed notice (clw, ) (Entered: 07/13/2016) |
| 07/12/2016 | [34](#) | SEALED TRO Signed by the Honorable Milton I. Shadur on 7/12/2016. Mailed notice. (bg, ) (Entered: 07/14/2016) |
| 07/13/2016 | [33](#) | NOTICE of Voluntary Dismissal by Otter Products, LLC, Treefrog Developments, Inc. *as to a certain Defendant* (Gaudio, Justin) (Entered: 07/13/2016) |
| 07/14/2016 | | SUMMONS Issued as to Defendant James Chen (pg, ) (Entered: 07/14/2016) |
| 07/14/2016 | [35](#) | NOTICE of Voluntary Dismissal by Otter Products, LLC, Treefrog Developments, Inc. *as to a certain Defendant* (Gaudio, Justin) (Entered: 07/14/2016) |
| 07/15/2016 | [36](#) | TRANSCRIPT OF PROCEEDINGS held on 07/12/2016 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5815.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 8/5/2016. Redacted Transcript Deadline set for 8/15/2016. Release of Transcript Restriction set for 10/13/2016. (Scarpelli, Rosemary) (Entered: 07/15/2016) |
| 07/15/2016 | [37](#) | SUMMONS Returned Executed by Otter Products, LLC, Treefrog Developments, Inc. as to James Chen on 7/15/2016, answer due 8/5/2016. (Attachments: # [1](#) Return of Service) (Bloodgood, Jessica) (Entered: 07/15/2016) |
| 07/19/2016 | | BOND in the amount of $ 10,000.00,Receipt no. 4624164583, posted by Otter Products, LLC, Treefrog Developments, Inc. (jn, ) (Entered: 07/19/2016) |
| 07/21/2016 | [38](#) | NOTICE of Voluntary Dismissal by Otter Products, LLC, Treefrog Developments, Inc. *as to a certain Defendant* (Gaudio, Justin) (Entered: 07/21/2016) |
| 07/21/2016 | [39](#) | MOTION by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. for preliminary injunction (Gaudio, Justin) (Entered: 07/21/2016) |
| 07/21/2016 | [40](#) | MEMORANDUM by Otter Products, LLC, Treefrog Developments, Inc. in support of motion for preliminary injunction [39](#) (Attachments: # [1](#) Declaration of Justin R. Gaudio, # [2](#) Exhibit 1)(Gaudio, Justin) (Entered: 07/21/2016) |
| 07/21/2016 | [41](#) | NOTICE of Motion by Justin R. Gaudio for presentment of motion for preliminary injunction [39](#) before Honorable Milton I. Shadur on 7/25/2016 at 09:15 AM. (Gaudio, |

| 07/25/2016 | [42](#) | ORDER: Status hearing held. Plaintiffs' motion for entry of a preliminary injunction [39](#) is granted. Plaintiffs' oral motion to unseal all documents is granted. The Clerk is directed to unseal all sealed documents in this case. Status hearing set for 9/26/2016 at 9:00 a.m. (For further details see Preliminary Injunction Order) Signed by the Honorable Milton I. Shadur on 7/25/2016. Mailed notice. (eg,) (Entered: 07/26/2016) |
|---|---|---|
| 07/25/2016 | [43](#) | PRELIMINARY INJUNCTION ORDER. Signed by the Honorable Milton I. Shadur on 7/25/2016. Mailed notice. (eg,) (Entered: 07/26/2016) |
| 08/09/2016 | [44](#) | NOTICE of Voluntary Dismissal by Otter Products, LLC, Treefrog Developments, Inc. *as to certain Defendants* (Gaudio, Justin) (Entered: 08/09/2016) |
| 08/09/2016 | [45](#) | MOTION by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. for entry of default *as to the defendants identified on Schedule A, with the exception of certain defendants*, MOTION by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. for default judgment as to *the defendants identified on Schedule A, with the exception of certain defendants* (Gaudio, Justin) (Entered: 08/09/2016) |
| 08/09/2016 | [46](#) | MEMORANDUM by Otter Products, LLC, Treefrog Developments, Inc. in support of motion for entry of default,, motion for default judgment, [45](#) (Attachments: # [1](#) Declaration of Justin R. Gaudio, # [2](#) Exhibit 1)(Gaudio, Justin) (Entered: 08/09/2016) |
| 08/09/2016 | [47](#) | NOTICE of Motion by Justin R. Gaudio for presentment of motion for entry of default,, motion for default judgment, [45](#) before Honorable Milton I. Shadur on 8/11/2016 at 09:15 AM. (Gaudio, Justin) (Entered: 08/09/2016) |
| 08/11/2016 | [48](#) | ORDER Motion hearing held. Plaintiffs' motion for entry of default and default judgment against the defendants identified on Schedule A, with the exception of defendants toptreak, my_l234567, bessky, onfine2009 and powerstarforever. [45](#) is granted. Judgment awarding statutory damages is entered in favor of plaintiff's and against each of the defaulting defendants in the amount of $2,000,000.00. The Clerk of the Court is directed to return the $10,000.00 cash bond plus any interest minus the registry fee to plaintiff's counsel by check made out to Greer. Burns & Crain IOLTA account. 300 S. Wacker Drive. Suite 2500. Chicago. IL 60606 Enter Final Judgment Order against the Defendants Identified on Schedule A. with the Exception of Certain Defendants. Signed by the Honorable Milton I. Shadur on 8/11/2016. Mailed notice(nsf, ) (Entered: 08/16/2016) |
| 08/11/2016 | [49](#) | FINAL JUDGMENT ORDER Against the Defendants Identified on Schedule A, with the Exception of Certain Defendants. Signed by the Honorable Milton I. Shadur on 8/11/2016. Mailed notice(nsf, ) (Main Document 49 replaced on 10/17/2016) (pk, ). (Entered: 08/16/2016) |
| 08/17/2016 | [50](#) | NOTICE of Voluntary Dismissal by Otter Products, LLC, Treefrog Developments, Inc. *as to certain Defendants* (Gaudio, Justin) (Entered: 08/17/2016) |
| 08/26/2016 | [51](#) | MOTION by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. for entry of default , MOTION by Plaintiffs Otter Products, LLC, Treefrog Developments, Inc. for default judgment as to *Defendants powerstarforever, toptreak, and my_1234567* (Gaudio, Justin) (Entered: 08/26/2016) |
| 08/26/2016 | [52](#) | MEMORANDUM by Otter Products, LLC, Treefrog Developments, Inc. in support of motion for entry of default, motion for default judgment,, [51](#) (Attachments: # [1](#) Declaration of Justin R. Gaudio, # [2](#) Exhibit 1)(Gaudio, Justin) (Entered: 08/26/2016) |
| 08/26/2016 | [53](#) | NOTICE of Motion by Justin R. Gaudio for presentment of motion for entry of default, motion for default judgment,, [51](#) before Honorable Milton I. Shadur on 8/31/2016 at 09:15 AM. (Gaudio, Justin) (Entered: 08/26/2016) |

| 08/26/2016 | [54](#) | ANSWER to Complaint by My_1234567.(eaa, ) (Entered: 08/30/2016) |
|---|---|---|
| 08/26/2016 | [55](#) | ANSWER to Complaint by Toptreak.(eaa, ) (Entered: 08/30/2016) |
| 08/31/2016 | [56](#) | ORDER: Motion hearing held. Plaintiff's oral motion to strike responses is granted for the reasons stated in open court. Plaintiff's motion for entry of default and default judgment against the remaining defendants powerstarforever, toptreak, and my_1234567 [51](#) is granted. Judgment awarding statutory damages is entered in favor of plaintiffs and against each of the defaulting defendants powerstarforever, toptreak, and my_1234567 in the amount of $2,000,000.00. Status hearing set for 9/26/2016 is stricken. Enter Final Judgment Order against the Defendants powerstarforever, toptreak, and my_1234567. Signed by the Honorable Milton I. Shadur on 8/31/2016. Mailed notice (mmy, ) (Entered: 09/02/2016) |
| 08/31/2016 | [57](#) | FINAL JUDGMENT ORDER Against Defendants Powerstarforever, Toptreak, and My_1234567: Signed by the Honorable Milton I. Shadur on 8/31/2016. Mailed notice (mmy, ) (Entered: 09/02/2016) |
| 09/27/2016 | [58](#) | FULL SATISFACTION of Judgment regarding order [49](#) in the amount of $2,000,000 *as to Defendant xyl20014* (Bloodgood, Jessica) (Entered: 09/27/2016) |
| 10/17/2016 | [59](#) | NOTICE of Correction regarding docket entry [49](#) . (pk,) (Entered: 10/17/2016) |
| 11/07/2016 | [60](#) | FULL SATISFACTION of Judgment regarding order [49](#) in the amount of $2,000,000 *as to Defendant amntay88* (Bloodgood, Jessica) (Entered: 11/07/2016) |
| 11/07/2016 | [61](#) | FULL SATISFACTION of Judgment regarding order [57](#) in the amount of $2,000,000 *as to Defendants toptreak and my_1234567* (Bloodgood, Jessica) (Entered: 11/07/2016) |
| 05/11/2017 | [62](#) | FULL SATISFACTION of Judgment regarding order [57](#) in the amount of $2,000,000 *as to the Defendant powerstarforever* (Bloodgood, Jessica) (Entered: 05/11/2017) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/05/2019 10:32:53 | | |
| **PACER Login:** | gb0314:2552763:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cv-06807 |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |