Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-978-827**

**Effective Date of Registration:**
September 10, 2015

## Title

**Title of Work:** Peacock Feather

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** January 01, 2000
**Nation of 1st Publication:** United States

## Author

• **Author:** Laura Annette Zollar
**Author Created:** 2-D artwork
**Citizen of:** United States
**Year Born:** 1970

## Copyright Claimant

**Copyright Claimant:** Laura Annette Zollar
9020 Sunny Hills Court, Las Vegas, NV, 89147, United States

## Rights and Permissions

**Name:** Laura Annette Zollar
**Email:** lzollar@yahoo.com
**Telephone:** (702)858-6810
**Address:** 9020 Sunny Hills Court
Las Vegas, NV 89147 United States

## Certification

**Name:** Laura Zollar
**Date:** September 10, 2015

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-998-718**

**Effective Date of Registration:**
September 14, 2015

---

### Title

| | |
|---|---|
| **Title of Work:** | "Dragonfly" |

---

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2000 |
| **Date of 1st Publication:** | January 01, 2000 |
| **Nation of 1st Publication:** | United States |

---

### Author

| | |
|---|---|
| • **Author:** | Laura Annette Zollar |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Year Born:** | 1970 |

---

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laura Annette Zollar |
| | 9020 Sunny Hills Court, Las Vegas, NV, 89147, United States |

---

### Rights and Permissions

| | |
|---|---|
| **Name:** | Laura Annette Zollar |
| **Email:** | lzollar@yahoo.com |
| **Telephone:** | (702)858-6810 |
| **Address:** | 9020 Sunny Hills Court |
| | Las Vegas, NV 89147 |

---

### Certification

| | |
|---|---|
| **Name:** | Laura Zollar |
| **Date:** | September 14, 2015 |

---

| | |
|---|---|
| **Correspondence:** | Yes |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Teple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-036-180

**Effective Date of Registration:**
August 31, 2016

---

## Title

| | |
|---|---|
| Title of Work: | Butterflytopia |

---

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2011 |
| Date of 1st Publication: | January 01, 2011 |
| Nation of 1st Publication: | United States |

---

## Author

| | |
|---|---|
| • Author: | Laura Annette Zollar |
| Author Created: | 2-D artwork |
| Citizen of: | United States |
| Year Born: | 1970 |

---

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Laura Annette Zollar |
| | 9020 Sunny Hills Court, Las Vegas, NV, 89147, United States |

---

## Rights and Permissions

| | |
|---|---|
| Name: | Laura Annette Zollar |
| Email: | lzollar@yahoo.com |
| Telephone: | (702)858-6810 |
| Address: | 9020 Sunny Hills Court |
| | Las Vegas, NV 89147 United States |

---

## Certification

| | |
|---|---|
| Name: | Laura Zollar |
| Date: | August 31, 2016 |

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-998-719

**Effective Date of Registration:**
September 14, 2015

---

## Title

**Title of Work:** "Tree of Life"

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** January 01, 2000
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Laura Annette Zollar
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laura Annette Zollar
9020 Sunny Hills Court, Las Vegas, NV, 89147, United States

## Rights and Permissions

**Name:** Laura Annette Zollar
**Email:** lzollar@yahoo.com
**Telephone:** (702)858-6810
**Address:** 9020 Sunny Hills Court
Las Vegas, NV 89147 United States

## Certification

**Name:** Laura Zollar
**Date:** September 14, 2015

---

Page 1 of 1

